**Order filed, May 3, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-22-00183-CV

### TRITON CONSULTING INC., FORMERLY KNOWN AS TRITON CONSULTING LLC, Appellant

### V.

### SIMON VANDYK, LAURA VANDYK, TOUCHSTONE DISTRICT SERVICES, LLC, COLEEN CULPEPPER, MICHAEL WILLETT AND CALEP ESTES, Appellee

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Case 2020-13091**

## ORDER

The reporter's record in this case was due April 8, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Amanda King, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM